EDMUND G. BROWN JR.
Attorney General of the State of California
DANE R. GILLETTE
Chief Assistant Attorney General
JULIE L. GARLAND
Senior Assistant Attorney General
ANYA M. BINSACCA
Supervising Deputy Attorney General
BRIAN C. KINNEY, State Bar No. 245344
Deputy Attorney General
  455 Golden Gate Avenue, Suite 11000
  San Francisco, CA 94102-7004
  Telephone: (415) 703-5255
  Fax: (415) 703-5843
  Email: Brian.Kinney@doj.ca.gov

Attorneys for Respondent Board of Parole Hearings

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| Jose Ybarra,<br><br>　　　　　　　　Petitioner,<br><br>v.<br><br>Robert Ayers, Warden,<br><br>　　　　　　　　Respondent. | C07-2802 MMC<br><br>**REQUEST FOR AN EXTENSION OF TIME TO FILE A RESPONSIVE PLEADING; DECLARATION OF COUNSEL**<br><br><br>Judge: The Honorable Maxine M. Chesney |

**REQUEST FOR EXTENSION OF TIME TO FILE A RESPONSE OF PLEADING**

Petitioner Jose Ybarra is a California state inmate proceeding *pro se* in this habeas corpus action. Petitioner, who is currently serving an indeterminate sentence for second degree murder, alleges that the California Board of Parole Hearings unconstitutionally denied him parole in a 2005 parole consideration hearing. On June 13, 2007, this Court issued an order of partial dismissal and to show cause. For the reasons set forth in the accompanying declaration of counsel, Respondent respectfully requests a thirty-day extension of time, up to and including

///

1  October 11, 2007, to file a responsive pleading in this matter.

2  Dated: September 7, 2007

3

4                              Respectfully submitted,

5                              EDMUND G. BROWN JR.
                                Attorney General of the State of California

6                              DANE R. GILLETTE
                                Chief Assistant Attorney General

7                              JULIE L. GARLAND
                                Senior Assistant Attorney General

8

9                              ANYA M. BINSACCA
                                Supervising Deputy Attorney General

10

11

12                             *[signature]*

13                             BRIAN C. KINNEY
                                Deputy Attorney General
                                Attorneys for Respondent

14

15

16  20103659.wpd
    SF2007200498

---

Req. for Ext. of Time to File a Response; Decl. of Counsel                    Ybarra v. Ayers
                                                                              C07-2802 MMC

2

**DECLARATION OF COUNSEL**

I, Brian C. Kinney, declare:

1. I am an attorney licensed to practice before the courts of the State of California. I am employed by the California Office of the Attorney General as a Deputy Attorney General, in the Correctional Writs and Appeals section.

2. I am the attorney assigned to respond to the petition for writ of habeas corpus filed by inmate Jose Ybarra.

3. On June 13, 2007, this Court issued an order of partial dismissal and to show cause requiring Respondent to file a responsive pleading by September 11, 2007. This matter was assigned to me on June 29, 2007.

4. I am requesting an extension of time because I have had 17 other matters due in other courts during this time and I have also taken some planned vacation time.

5. I have not had the time to review all of the documents filed by Mr. Ybarra or all of his records from the California Department of Corrections and Rehabilitation. Therefore, I respectfully request an additional thirty days, up to and including October 11, 2007, to file a responsive pleading in this matter.

6. Mr. Ybarra is representing himself, and, because he is currently incarcerated, he is not easily reachable for notification that I am requesting an extension of time.

7. This request is not made for any purpose of harassment, undue delay, or for any improper reason.

8. Without an extension of time, Respondent would be substantially harmed or prejudiced because Respondent would not have an opportunity to prepare a thorough responsive pleading.

I declare under penalty of perjury that the above is true and correct, and that this declaration was executed on September 7, 2007, in San Francisco, California.

Brian C. Kinney
Deputy Attorney General

Req. for Ext. of Time to File a Response; Decl. of Counsel

Ybarra v. Ayers
C07-2802 MMC

## DECLARATION OF SERVICE BY U.S. MAIL

Case Name:   **Ybarra v. Ayers**

Case No.:    **C07-2802 MMC**

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made. I am 18 years of age or older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service that same day in the ordinary course of business.

On September 10, 2007, I served the attached

**REQUEST FOR AN EXTENSION OF TIME TO FILE A RESPONSIVE PLEADING; DECLARATION OF COUNSEL**

**[PROPOSED] ORDER**

by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the internal mail collection system at the Office of the Attorney General at 455 Golden Gate Avenue, Suite 11000, San Francisco, CA 94102-7004, addressed as follows:

Jose Ybarra
C-18150
San Quentin State Prison
1 Main Street
San Quentin, CA 94964
in pro per

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on **September 10, 2007**, at San Francisco, California.

| M. Xiang | _[signature]_ |
|---|---|
| Declarant | Signature |

20103854.wpd