IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **Jose Ybarra,**<br><br>                             Petitioner,<br><br>       v.<br><br>**Robert Ayers, Warden,**<br><br>                             Respondent. | C07-2802 MMC<br><br>**[PROPOSED] ORDER**<br><br><br>Judge: The Honorable Maxine M. Chesney |

GOOD CAUSE SHOWN, Respondent is hereby GRANTED a thirty-day extension of time, up to and including October 11, 2007, to file a responsive pleading in this matter. If Petitioner wishes to respond to the responsive pleading, he shall do so by filing and serving a traverse or opposition to a motion within thirty days of his receipt of Respondent's responsive pleading.

Dated: _____          _____
                                                                                               The Honorable Maxine M. Chesney