# EXHIBIT A

# In the Superior Court of the State of California

in and for the County of __San Francisco__

San Francisco County Superior Court

**FILED**

## Abstract of Judgment

Commitment to State Prison

JUN 25 1980

CARL M. OLSEN, Clerk
BY __R. ZAGAR__ Deputy Clerk

Dept. No. __23__   Case No. __101 295__

Present:

The People of the State of California

Hon. __William E. Mullins__
Judge of the Superior Court

vs.

__Jerome Benson__
Prosecuting Attorney

__Jose Ybarra__

__Robert Berman, P. D.__
Counsel for Defendant

Defendant.

This certifies that on the __10th__ day of __June__, 19 __80__, judgment of conviction of the above-named defendant was entered as follows:
(1) In Case No. __101 295__ Count No. __1__ he was convicted by __jury__ (court or jury); on his plea of __not guilty__ (guilty, not guilty, former conviction or acquittal, once in jeopardy, not guilty by reason of insanity)

of the crime of __murder, 2nd degree__
(designation of crime and degree if any, including fact that it constitutes a second subsequent conviction of same offense if it affects the sentence)

in violation of __Section 187 Penal Code__
(reference to Code or Statute, including Section and Subsection thereof, if any violated)

with prior felony convictions as follows:

| DATE | COUNTY AND STATE | CRIME | DISPOSITION |
|---|---|---|---|
| 10-15-58 | San Francisco, CA | 187 PC | State Prison |
| 4-18-55 | San Francisco, CA | 211 PC | State Prison |
| | | | |
| | | | |
| | | | |

Defendant has been held in jail custody for __147__ days as a result of the same criminal act or acts for which he has been convicted.

Defendant __was not__ (was or was not) armed with a deadly weapon at the time of his commission of the offense or a concealed deadly weapon at the time of his arrest within the meaning of Sections 969c and 3024 of the Penal Code.

Defendant __was__ (was or was not) armed with a deadly weapon at the time of his commission of the offense within the meaning of Sections 969c and 12022 of the Penal Code. __# 12022(b) PC__

Defendant __did not use__ (used or did not use) a firearm in his commission of the offense within the meaning of Sections 969d and 12022.5 of the Penal Code.

(Repeat foregoing with respect to each count of which defendant was convicted.)

ABSTRACT OF JUDGMENT

GA-6 (Rev. 6/73)

(2) Defendant **was not** adjudged a habitual criminal within the meaning of Subdivision _____ of Section 644 of the Penal
(was or was not)                                                                              (a or b)
Code; and the defendant **is not** a habitual criminal in accordance with Subdivision (c) of that Section.
(is or is not)

(3) IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that the said defendant be punished by imprisonment in the State Prison of the State of California for the term provided by law, and that he be remanded to the Sheriff of the County of **San Francisco** and by him delivered to the Director of Corrections of the State of California at **Vacaville, CA**

It is ordered that sentences shall be served in respect to one another as follows (concurrently or consecutively as to each count):
**Count 2 (determinate sentencing) to run concurrent with Count 1 (indeterminate sentencing.) Please refer to copy of minutes and transcript of sentencing.**

and in respect to any prior incompleted sentence(s) as follows (concurrently or consecutively as to all incomplete sentences from other jurisdictions):

(4) To the Sheriff of the County of **San Francisco** and to the Director of Corrections at the **Reception - Guidance Center, Vacaville, CA**, pursuant to the aforesaid judgment, this is to command you, the said Sheriff, to deliver the above-named defendant into the custody of the Director of Corrections at **Vacaville, CA**, California, at your earliest convenience.

Witness my hand and seal of said court this **10th** day of **June, 1980**

**Carl M. Olsen**, Clerk,
by _____ Deputy
**Patrick Eberle**
State of California,
County of **San Francisco** } ss.

I do hereby certify the foregoing to be a true and correct abstract of judgment duly made and entered on the minutes of the Superior Court in the above entitled action as provided by Penal Code Section 1213. **Vol. 376**

Attest my hand and seal of the said Superior Court this **10th** day of **June**, 19**80**.

**Carl M. Olsen**
County Clerk and Ex-Officio Clerk of the Superior Court of California in and for the County of **San Francisco**

The Honorable **William E. Mullins**,
Judge of the Superior Court of the State of California, in and for the County of **San Francisco**

NOTE: If probation was granted in any sentence of which abstract of judgment is certified, attach a minute order reciting the fact and imposing sentence or ordering a suspended sentence into effect.