# EXHIBIT E, PART 1

SUBSEQUENT PAROLE CONSIDERATION HEARING

STATE OF CALIFORNIA

BOARD OF PAROLE HEARINGS

In the matter of the Life )
Term Parole Consideration )    CDC Number C-18150
Hearing of: )
 )
JOSE YBARRA )
 )
——————————————————————————————— )

**RECORDS COPY**

CALIFORNIA STATE PRISON, SAN QUENTIN

SAN QUENTIN, CALIFORNIA

DECEMBER 1, 2005

4:55 P.M.

PANEL PRESENT:

TRACEY ST. JULIEN, Presiding Commissioner
JOSEPH JOHNSON, Deputy Commissioner

OTHERS PRESENT:

JOSE YBARRA, Inmate
SCOTT HANDLEMAN, Attorney for Inmate

CORRECTIONS TO THE DECISION HAVE BEEN MADE

 _____  No   See Review of Hearing
 _____  Yes  Transcript Memorandum

Connie Mastin                 Peters Shorthand Reporting

ii

## INDEX

|  | Page |
|---|---|
| Proceedings | 1 |
| Case Factors | 12 |
| Pre-Commitment Factors | 19 |
| Post-Commitment Factors | 36 |
| Parole Plans | 25 |
| Closing Statements | 50 |
| Recess | 54 |
| Decision | 55 |
| Adjournment | 59 |
| Transcriber Certification | 60 |

--oOo--

1

## P R O C E E D I N G S

1

2      PRESIDING COMMISSIONER ST. JULIEN:  Okay.

3   Good evening.  It is 4:55 p.m.  And this is a

4   Subsequent Parole Hearing for Jose Ybarra, CDC

5   number C-18150.  Today is December 1, 2005.

6   We're at San Quentin State Prison.  The inmate

7   was received on June 24, 1980.  Life term

8   starting on April 14, 1983.  Count one, murder

9   second, use of a deadly weapon, 187 Penal Code

10   Section violated.  The inmate received a term of

11   15 years to life.  Minimum eligible parole date,

12   July 1, 1991.  This is in the County of --

13   sorry, San Francisco, case number 101

14   (indiscernible).  And is that correct?

15      INMATE YBARRA:  Yeah.

16      PRESIDING COMMISSIONER ST. JULIEN:  Okay.

17   And okay.  We're tape-recording the hearing.  So

18   we're going to go around the room and introduce

19   ourselves.  We'll say our first and last names,

20   spell our last name.  And if you could also

21   state your CDC number when you give your last

22   name.  And my name is Tracey St. Julien, S-T

23   capital J-U-L-I-E-N.

24      DEPUTY COMMISSIONER JOHNSON:  Joseph

25   Johnson, J-O-H-N-S-O-N.

26      ATTORNEY HANDLEMAN:  Scott Handleman,

27   H-A-N-D-L-E-M-A-N, representing Mr. Ybarra.

2

1        INMATE YBARRA:  Ybarra, Jose Ybarra.

2        ATTORNEY HANDLEMAN:  Spell your last name

3    and CDC number.

4        INMATE YBARRA:  Y-B-A-R-R-A, J-O-S-E.

5        PRESIDING COMMISSIONER ST. JULIEN:  And your

6    CDC number.

7        INMATE YBARRA:  C-18150.

8        PRESIDING COMMISSIONER ST. JULIEN:  Okay.

9    And, Mr. Ybarra, are you familiar with your

10   Americans with Disabilities Rights?

11       INMATE YBARRA:  Yeah.

12       PRESIDING COMMISSIONER ST. JULIEN:  You are?

13       INMATE YBARRA:  American, what did you say?

14       PRESIDING COMMISSIONER ST. JULIEN:  The

15   Americans with Disabilities Act Rights.

16       INMATE YBARRA:  Yeah.

17       PRESIDING COMMISSIONER ST. JULIEN:  Okay.

18   Because I'm looking at the form that you signed

19   on September 23rd, 2005, and that is the BPT Form

20   1073.  And it's checked I do not have a

21   disability.  Do you remember that?

22       INMATE YBARRA:  I remember.

23       PRESIDING COMMISSIONER ST. JULIEN:  Okay.

24   And is that still correct?  Do you have a

25   disability?

26       INMATE YBARRA:  No.

27       PRESIDING COMMISSIONER ST. JULIEN:  And the

3

1   sheet of paper in front of you, that lists the

2   disabilities that if you had any of those

3   conditions we would make accommodations for you.

4   So let's say like your glasses --

5       INMATE YBARRA:  Yeah.

6       PRESIDING COMMISSIONER ST. JULIEN:  I notice

7   you're wearing eyeglasses.  So you can see

8   clearly around the room with those glasses?

9       INMATE YBARRA:  Well, yeah, yeah.  My eyes

10  not very good.  And in the hospital they say

11  that (indiscernible).  They say that with the

12  (indiscernible).

13      PRESIDING COMMISSIONER ST. JULIEN:  Okay.

14  So then they'll give you an eye test?

15      INMATE YBARRA:  Yeah.

16      PRESIDING COMMISSIONER ST. JULIEN:  Okay.

17  But so right now can you see the letters on that

18  paper?

19      INMATE YBARRA:  Yeah.

20      PRESIDING COMMISSIONER ST. JULIEN:  Okay.

21  And you can see us in the room here?  Okay.  And

22  then any hearing impairments?

23      INMATE YBARRA:  No.

24      PRESIDING COMMISSIONER ST. JULIEN:  Okay.

25  And can you tell me what the Triple CMS and EOP

26  Programs are?

27      INMATE YBARRA:  Those are (indiscernible).

4

1          PRESIDING COMMISSIONER ST. JULIEN:   They're

2     the Mental Health Programs.

3          INMATE YBARRA:   Okay.

4          PRESIDING COMMISSIONER ST. JULIEN:   So for

5     people that might need psych meds or some

6     counseling, therapy, that type of thing.

7          INMATE YBARRA:   Yeah.

8          PRESIDING COMMISSIONER ST. JULIEN:   Okay.

9     Have you ever been in one of those programs?

10         INMATE YBARRA:   No.

11         PRESIDING COMMISSIONER ST. JULIEN:   Okay.

12    And have you ever taken any psychotropic

13    medications?

14         INMATE YBARRA:   No.

15         PRESIDING COMMISSIONER ST. JULIEN:   And are

16    you on any medicines now?

17         INMATE YBARRA:   No.

18         PRESIDING COMMISSIONER ST. JULIEN:   Okay.

19    And is there any reason why you can't

20    participate in the hearing today?

21         INMATE YBARRA:   No.

22         PRESIDING COMMISSIONER ST. JULIEN:   Okay.

23    And did you get your -- Have you gotten your

24    GED?

25         INMATE YBARRA:   I'm trying to --

26         PRESIDING COMMISSIONER ST. JULIEN:

27    (Indiscernible).

5

1      INMATE YBARRA:  I'm still trying

2      (indiscernible).

3      PRESIDING COMMISSIONER ST. JULIEN:  Okay.

4      And how do you think you're understanding of

5      things that we're going to be talking about

6      today?

7      INMATE YBARRA:  I think pretty good.

8      PRESIDING COMMISSIONER ST. JULIEN:  Okay.

9      So if you have any questions or anything about

10     anything we talk about that comes today, you're

11     attorney is here and he can help you out.  Okay.

12     INMATE YBARRA:  Okay.  Yeah.

13     PRESIDING COMMISSIONER ST. JULIEN:  And,

14     Mr. Handleman, are you satisfied that your

15     client's rights have been met?

16     ATTORNEY HANDLEMAN:  Yes.

17     PRESIDING COMMISSIONER ST. JULIEN:  Okay.

18     And I'm going to go ahead and give an outline of

19     the hearing procedure.  We are conducting the

20     hearing today pursuant to Penal Code sections

21     3041 and 3042 and the rules and regulations of

22     the Board of Parole Hearings governing life

23     consideration hearings for -- governing parole

24     consideration hearings for life inmates.  And

25     we're going to conduct the hearing in two parts,

26     first I'll discuss with you the crime you were

27     committed for, your prior criminal and social

6

1    history, and your parole plans and support and

2    opposition letters.  And then Commissioner

3    Johnson will discuss your behavior and

4    programming since your commitment, your

5    counselor's reports and psychological

6    evaluation.  We'll reach a decision today and

7    inform you whether or not we find you suitable

8    for parole, and the reasons for that decision.

9    If you are found suitable the length of your

10   confinement will be explained to you.  And

11   during our discussions if you need to correct or

12   clarify anything we say, then feel free to do

13   so.  And then your attorney will be able to ask

14   you some questions.  And then your attorney and

15   you will also be able to make a final statement

16   regarding your parole suitability.  And then

17   we'll recess for deliberations.  Once we've

18   reached a decision we will reconvene the hearing

19   and announce that decision.  And I want you to

20   know that the California Code of Regulations

21   states that regardless of time served a life

22   inmate shall be found unsuitable for and denied

23   parole if in the judgment of the Panel the

24   inmate would still pose an unreasonable risk of

25   danger to society if released from prison.  And

26   you also have certain rights.  Those rights

27   include the right to a timely notice of this

7

1   hearing, the right to present relevant

2   documents, and the right to review your Central

3   File.  And have your client's rights been met?

4       ATTORNEY HANDLEMAN:  Yes.

5       PRESIDING COMMISSIONER ST. JULIEN:  Okay.

6   You also have the right to be heard by an

7   impartial Panel.  Now that you've seen the Panel

8   here today do you have any objections?

9       INMATE YBARRA:  No.

10      PRESIDING COMMISSIONER ST. JULIEN:  Okay.

11  Mr. Handleman?

12      ATTORNEY HANDLEMAN:  No objections.

13      PRESIDING COMMISSIONER ST. JULIEN:  You will

14  receive a copy of our written tentative decision

15  today.  That decision is subject to review by

16  the Decision Review Unit and the entire Board

17  meeting as a whole.  It will become effective

18  within 120 days.  And it's also subject to

19  review by the Governor.  And you'll receive a

20  copy of the decision and the hearing

21  transcripts.  And the Board no longer has an

22  appeals process.  So if you have any objections

23  complaints about anything that happens here

24  today, you can -- you need to go to take those

25  directly to a court.  And you would look in the

26  prison law library for the policy entitled

27  Administrative Appeals Correspondence and

8

1    Grievances Concerning (Indiscernible) Decisions.

2    And that's where you learn how to do the appeal.

3    You're not required to admit your offense or

4    discuss your offense if you do not wish to do

5    so.  However, we do accept as true the findings

6    of the court.  We invite you to discuss the

7    facts and circumstances of the crime if you

8    wish.  And we will review and consider any prior

9    statements you've made regarding the crime in

10   determining your suitability for parole.

11   Commissioner Johnson, is there any confidential

12   information?

13        DEPUTY COMMISSIONER JOHNSON:  No, there

14   isn't.

15        PRESIDING COMMISSIONER ST. JULIEN:  Okay.

16   And, Mr. Handleman, (indiscernible)?

17        ATTORNEY HANDLEMAN:  It looks like -- It

18   looks like what I'm able to see.

19        PRESIDING COMMISSIONER ST. JULIEN:  I'm

20   sorry, it looks like --

21        ATTORNEY HANDLEMAN:  Well, it looks like

22   what I have, but for the -- but for the crime

23   scene photos.

24        PRESIDING COMMISSIONER ST. JULIEN:  I think

25   they're (indiscernible).

26        ATTORNEY HANDLEMAN:  Yeah.

27        PRESIDING COMMISSIONER ST. JULIEN:  Okay.

9

1    Okay.  And do you have any additional documents?

2        ATTORNEY HANDLEMAN:  Yes.  I have two

3    support letters.

4        PRESIDING COMMISSIONER ST. JULIEN:  Okay.

5    And do you have any preliminary objections?

6        ATTORNEY HANDLEMAN:  I have none.  No, no

7    preliminary.

8        PRESIDING COMMISSIONER ST. JULIEN:  Okay.

9    And will Mr. Ybarra be speaking with us today?

10        ATTORNEY HANDLEMAN:  We were just talking

11    about that.

12        PRESIDING COMMISSIONER ST. JULIEN:  Okay.

13        ATTORNEY HANDLEMAN:  And I will leave that

14    to Mr. Ybarra.  Do you want to speak to the

15    Board (indiscernible)?  I don't make a

16    recommendation.

17        INMATE YBARRA:  Of what?

18        ATTORNEY HANDLEMAN:  About the crime.

19        INMATE YBARRA:  You know, I'm very

20    responsible, and I (indiscernible) what I've

21    done.

22        PRESIDING COMMISSIONER ST. JULIEN:  Okay.

23    Do you mind if we -- Do you want us to ask you

24    questions about it, or do you not want us to ask

25    you questions?

26        INMATE YBARRA:  Well, generally every time I

27    talk about that crime I get more deeper in

10

1   trouble.  I really -- I'm trying to forget, you

2   know.

3        PRESIDING COMMISSIONER ST. JULIEN:  Okay.

4   So do you not want to talk about it?

5        INMATE YBARRA:  Yeah, I'll talk about it.

6        ATTORNEY HANDLEMAN:  Okay.

7        PRESIDING COMMISSIONER ST. JULIEN:  It's

8   your decision.

9        INMATE YBARRA:  Yeah.

10       ATTORNEY HANDLEMAN:  If you wish, you don't

11  have to.

12       INMATE YBARRA:  I really don't want to,

13  because like I say, like when I talk to the

14  psych for the psych report, I (indiscernible)

15  more deeper in trouble with some things when I

16  (indiscernible).  When I say something it's

17  (indiscernible), you know.

18       PRESIDING COMMISSIONER ST. JULIEN:  Okay.

19       INMATE YBARRA:  So I --

20       PRESIDING COMMISSIONER ST. JULIEN:  Okay.  I

21  might ask you just some questions about how you

22  feel about the crime today, and if you're sorry

23  for it, and that type of thing.  Okay.

24       INMATE YBARRA:  I'm very, very --

25       PRESIDING COMMISSIONER ST. JULIEN:  Okay.

26  Well, wait for me to ask questions.  But if you

27  don't want me to -- if you don't want to answer

11

1    any question that I ask, then you have that

2    right.  Okay.  I still need to give you an oath,

3    sir.  Do you -- Do you solemnly swear or affirm

4    that the testimony you give today will be the

5    truth, the whole truth, and nothing but the

6    truth?

7         INMATE YBARRA:  I do.

8         PRESIDING COMMISSIONER ST. JULIEN:  Okay.

9    Thank you.  I'm going to start by reading the

10   summary of the crime.  And that is found in the

11   November 2005 Board report prepared by

12   Correctional Counselor Ebert, and Correctional

13   Counselor III Shaw -- I'm sorry Delshaw.  I

14   don't know if there's two Delshaws here or not,

15   because is one's name is always spelled with one

16   L.  And then I've seen it with two Ls

17   (indiscernible).  So I think it's just one L.

18        DEPUTY COMMISSIONER JOHNSON:  Typo.

19        UNIDENTIFIED MALE:  One is a CC III and the

20   other is a CC (indiscernible).

21        PRESIDING COMMISSIONER ST. JULIEN:  So there

22   are two?

23        UNIDENTIFIED MALE:  Well, no there are

24   (indiscernible).

25        PRESIDING COMMISSIONER ST. JULIEN:  Yeah.

26   This Delshaw, like I said, it's been spelled

27   wrong a couple of times.  But anyway, okay.

12

1    Okay.

2            "On November 10, 1979 Mr. Ybarra

3            entered the premises of John

4            Barbutes, B-A-R-B-U-T-E-S, and

5            immediately began punching

6            Mr. Barbutes, a paraplegic, about

7            the face and head.  He then

8            obtained a frying pan from the

9            kitchen and beat Ms. Delgado, the

10           victim in this case, with a frying

11           pan to the point of

12           unconsciousness, then began kicking

13           her.  And at one point tried to

14           choke her.  When Mr. Barbutes tried

15           to give some Ms. Delgado some

16           assistance, Ybarra struck

17           Mr. Barbutes in the head with a

18           glass bottle and fled on foot.

19           Ms. Delgado was hospital (sic) and

20           died three days later from the

21           injuries caused by Ybarra.

22           Mr. Barbutes was also hospitalized,

23           but he recovered from his injuries.

24           Mr. Barbutes testified at the trial

25           that Ybarra had told him two days

26           earlier that he would kill

27           Ms. Delgado.  Ybarra was not

13

1        arrested until November 15, 1979.

2        While Mr. Barbutes was in the

3        hospital, Ybarra threatened him

4        with bodily harm should he testify.

5        Ybarra had a long term relationship

6        with Ms. Delgado, but she was

7        living with Mr. Barbutes at the

8        time of the murder."

9  And is that an accurate description of what

10  happened?

11     INMATE YBARRA:  Not all of it.  I

12  (indiscernible).

13     PRESIDING COMMISSIONER ST. JULIEN:  You

14  didn't threaten him when he was in the hospital?

15     INMATE YBARRA:  No, because I never

16  (indiscernible) in the hospital.

17     PRESIDING COMMISSIONER ST. JULIEN:  Did you

18  have anybody call him up and threaten him?

19     INMATE YBARRA:  No.

20     PRESIDING COMMISSIONER ST. JULIEN:  Okay.

21     INMATE YBARRA:  I don't know -- About the

22  frying pan, if I said (indiscernible) with a

23  frying pan (indiscernible).  So I mean I guess I

24  did.

25     PRESIDING COMMISSIONER ST. JULIEN:  Well, do

26  you think you did?

27     INMATE YBARRA:  Yeah, I think I --

14

1      PRESIDING COMMISSIONER ST. JULIEN:   Okay.

2   Did you choke her?

3      INMATE YBARRA:   Huh?

4      PRESIDING COMMISSIONER ST. JULIEN:   Did you

5   choke her?

6      INMATE YBARRA:   I don't remember.

7      PRESIDING COMMISSIONER ST. JULIEN:   Okay.

8   Do you know how she died?

9      INMATE YBARRA:   She died in the hospital.

10     PRESIDING COMMISSIONER ST. JULIEN:   Well,

11  yeah.  Do you know the cause of death?

12     INMATE YBARRA:   Yeah.  The doctor said that

13  she died from the bleeding.

14     PRESIDING COMMISSIONER ST. JULIEN:   Okay.

15  Did you beat her?

16     INMATE YBARRA:   I slapped her, yeah.

17     PRESIDING COMMISSIONER ST. JULIEN:   Did you

18  do anything else but slap her?

19     INMATE YBARRA:   I don't remember.

20     PRESIDING COMMISSIONER ST. JULIEN:   Well,

21  what do you think she died of?

22     INMATE YBARRA:   Well, she (indiscernible) --

23  She died in the hospital.  She had sclerosis of

24  the liver.  She had (indiscernible).  She had

25  hepatitis.  She was kicking the habit.  She

26  didn't have (indiscernible), because she'd been

27  (indiscernible) for 20 years or so.  When they

15

1    came to get her, I (indiscernible) happen.  I

2    called the ambulance.  And when they came to get

3    her they asked her what had happened, and she

4    said she fell down the stairs.  And so they took

5    her to the hospital.  And then from there they

6    (indiscernible) see that she was bleeding from

7    inside.  That's what I think.  And she didn't --

8    She didn't (indiscernible) transfusion.

9        PRESIDING COMMISSIONER ST. JULIEN:  Okay.

10   So do you think she died from things that

11   happened in the hospital?

12       INMATE YBARRA:  Yeah.

13       PRESIDING COMMISSIONER ST. JULIEN:  Okay.

14   You know what, these crime scene photos are the

15   wrong victim.  So don't worry about it.  Now

16   that I'm looking at these, they're somebody.

17   It's a man here.  So don't worry about these.

18   I'll have to figure out a way to get these out

19   of here.

20       ATTORNEY HANDLEMAN:  Wasn't the man

21   (indiscernible) also.

22       PRESIDING COMMISSIONER ST. JULIEN:  This is

23   a dead man, and it's a different date, the 14th.

24       INMATE YBARRA:  The reason that I

25   (indiscernible) is how she died is because I

26   (indiscernible) told me that what had happened.

27   I don't remember (indiscernible) like that.  But

16

1  I am very responsible, you know.  I'm very

2  responsible, you know.

3       PRESIDING COMMISSIONER ST. JULIEN:  Had you

4  been drinking?

5       INMATE YBARRA:  Yeah, I was drinking.  I was

6  taking drugs, because me and her, we were

7  (indiscernible), you know.

8       PRESIDING COMMISSIONER ST. JULIEN:  Why was

9  she on drugs with all those health problems?

10      INMATE YBARRA:  She was.  I was planning to

11 help her get out of the drug, but, you know --

12      PRESIDING COMMISSIONER ST. JULIEN:  Okay.

13 So you were 46 years old at the time.

14      INMATE YBARRA:  Yes.  Don't you think -- Do

15 you think you should have known better by then

16 and get yourself in this kind of trouble?

17      INMATE YBARRA:  I (indiscernible).  I was

18 (indiscernible), you know.

19      PRESIDING COMMISSIONER ST. JULIEN:  Okay.

20 So do you think you killed --

21      INMATE YBARRA:  Yeah, I did.

22      PRESIDING COMMISSIONER ST. JULIEN:  You

23 think you killed (indiscernible)?

24      INMATE YBARRA:  Yeah.

25      PRESIDING COMMISSIONER ST. JULIEN:  And do

26 you think you assaulted Mr. Barbutes?

27      INMATE YBARRA:  Yes.

17

1      PRESIDING COMMISSIONER ST. JULIEN:  And he

2   was a paraplegic.  Wasn't he in a wheelchair?

3      INMATE YBARRA:  I don't remember anything

4   like that.

5      PRESIDING COMMISSIONER ST. JULIEN:  Well, it

6   says he was a paraplegic.  And you hit him, and

7   you stopped him from coming to help Linda?

8      INMATE YBARRA:  I guess so, yeah.

9      PRESIDING COMMISSIONER ST. JULIEN:  And you

10   don't remember?

11      INMATE YBARRA:  No.

12      PRESIDING COMMISSIONER ST. JULIEN:  Okay.

13   Okay.  Did you catch them doing something?

14      INMATE YBARRA:  Yes.

15      PRESIDING COMMISSIONER ST. JULIEN:  Did you

16   catch them with sex?

17      INMATE YBARRA:  Yeah.  She was -- She didn't

18   have no clothes (indiscernible) and --

19      PRESIDING COMMISSIONER ST. JULIEN:  And

20   that's when you got -- when you came in?

21      INMATE YBARRA:  Yeah.

22      PRESIDING COMMISSIONER ST. JULIEN:  Okay.

23   Well, what was he doing, because he was a

24   paraplegic?

25      INMATE YBARRA:  Well, he was walking.

26      PRESIDING COMMISSIONER ST. JULIEN:  He was

27   walking?

18

1      INMATE YBARRA:  Yeah.

2      PRESIDING COMMISSIONER ST. JULIEN:  Okay.

3  Okay.  So you -- Because in the prisoner's

4  version --

5      INMATE YBARRA:  He opened the door when I --

6      PRESIDING COMMISSIONER ST. JULIEN:  Okay.

7  It states that you think this is a crime of

8  passion, is that accurate?

9      INMATE YBARRA:  Yeah.

10      PRESIDING COMMISSIONER ST. JULIEN:  Okay.

11  It says, "I was very much in love with my

12  common-law wife.  She was my whole life.

13      INMATE YBARRA:  Yeah.

14      PRESIDING COMMISSIONER ST. JULIEN:  So did

15  you -- Okay.  And how long had you been

16  together?

17      INMATE YBARRA:  Thirty years.

18      PRESIDING COMMISSIONER ST. JULIEN:  Okay.

19  Okay.  Now, what about your -- Did she fight

20  back at all?

21      INMATE YBARRA:  Yeah.

22      PRESIDING COMMISSIONER ST. JULIEN:  So she

23  was trying to stop you from assaulting her?

24      INMATE YBARRA:  I guess so.  You know,

25  it's --

26      PRESIDING COMMISSIONER ST. JULIEN:  Okay.

27  If you don't remember that's -- You don't

19

1   remember?

2        INMATE YBARRA:  No.

3        PRESIDING COMMISSIONER ST. JULIEN:  Okay.

4   So then in terms of your adult convictions and

5   arrests, the report says that you don't have a

6   juvenile record, but as an adult you have a

7   record dating from 1953.

8        INMATE YBARRA:  Yeah.

9        PRESIDING COMMISSIONER ST. JULIEN:  That

10   includes arrests and convictions for petty

11   theft, burglary, batter, robbery, murder,

12   receiving stolen property, possession of

13   controlled substances, assault with a deadly

14   weapon.  Can you tell me about -- You had a

15   second-degree murder in 1958 for stabbing a

16   victim.

17        INMATE YBARRA:  It was -- It was a fight.

18        PRESIDING COMMISSIONER ST. JULIEN:  A fight?

19        INMATE YBARRA:  A fight in a bar.  I was

20   drunk.  Yeah.

21        PRESIDING COMMISSIONER ST. JULIEN:  Okay.

22   And did you stab the victim seven times?

23        INMATE YBARRA:  I think so, yeah.  If it

24   says seven times, yeah.

25        PRESIDING COMMISSIONER ST. JULIEN:  It says

26   in the -- You know, maybe that was the same one,

27   in the chest and neck without provocation.  So

20

1    you were paroled ten years later, 1968.  Now, so

2    you were drunk at the first stabbing, right, the

3    first murder?  And then you served time.  You

4    got out.

5         INMATE YBARRA:  Yeah.

6         PRESIDING COMMISSIONER ST. JULIEN:  And then

7    you went back to drinking?

8         INMATE YBARRA:  Yeah.  I was

9    (indiscernible).  I'm still (indiscernible).

10   But I haven't (indiscernible).  I quit drinking

11   a long time ago, '74.

12        PRESIDING COMMISSIONER ST. JULIEN:  Okay.

13   But why do you think you did not stop drinking

14   after the first murder?

15        INMATE YBARRA:  Because I was a stupid fool.

16   I was young.

17        PRESIDING COMMISSIONER ST. JULIEN:  Well,

18   you weren't -- How old were you?

19        INMATE YBARRA:  I'm 72 now.

20        PRESIDING COMMISSIONER ST. JULIEN:  No, how

21   old were you then?

22        INMATE YBARRA:  About 20 something, 25.

23        PRESIDING COMMISSIONER ST. JULIEN:  Well,

24   that's not that young.  Okay.  But in any case,

25   you didn't get any treatment?

26        INMATE YBARRA:  No.

27        PRESIDING COMMISSIONER ST. JULIEN:  Okay.

21

1   You just continued to drink?

2        INMATE YBARRA:   Yeah.   I was -- They put me

3   on methadone.

4        PRESIDING COMMISSIONER ST. JULIEN:

5   Methadone?

6        INMATE YBARRA:   Yeah.

7        PRESIDING COMMISSIONER ST. JULIEN:   And

8   that's for drugs.   Were you taking drugs as

9   well?

10        INMATE YBARRA:   Yeah.

11        PRESIDING COMMISSIONER ST. JULIEN:   Okay.

12   What kind of drugs?

13        INMATE YBARRA:   It was heroin.

14        PRESIDING COMMISSIONER ST. JULIEN:   Heroin.

15   Okay.   And then you got a prison term for

16   possession of barbiturates.   That was four

17   years.   And then you came out of prison after

18   four years, and you were drinking again.   Okay.

19   Would anything have stopped you besides coming

20   to prison?

21        INMATE YBARRA:   I guess going to -- Well,

22   getting old for one thing.   I'm getting old, and

23   going through programs.   That stops me from

24   drinking.

25        PRESIDING COMMISSIONER ST. JULIEN:   Okay.

26   Okay.   And what about your -- Did you have jobs?

27        INMATE YBARRA:   Yeah.   One time I was

22

1  working for (indiscernible), working in shipping

2  yards.

3      PRESIDING COMMISSIONER ST. JULIEN:  Now, do

4  you think you have some mental issues, because

5  the report states that you say you have a

6  history of depression and past suicide attempts.

7  So do you get depressed a lot?

8      INMATE YBARRA:  I used to.  I used to

9  (indiscernible).

10      PRESIDING COMMISSIONER ST. JULIEN:  Do you

11  get depressed now?

12      INMATE YBARRA:  Sometimes, but I know how to

13  control it now.

14      PRESIDING COMMISSIONER ST. JULIEN:  And how

15  do you control it now?

16      INMATE YBARRA:  I just try to -- I try to

17  look at somebody else, people that

18  (indiscernible), or people that have

19  (indiscernible).  And I say they're worse than

20  me, and that's how I control it.

21      PRESIDING COMMISSIONER ST. JULIEN:  Okay.

22  And what about suicide attempts, do you feel

23  like killing yourself?

24      INMATE YBARRA:  No.

25      PRESIDING COMMISSIONER ST. JULIEN:  Not

26  anymore?

27      INMATE YBARRA:  No.

23

1       PRESIDING COMMISSIONER ST. JULIEN:  Okay.

2   So your parents divorced when you were very

3   young.  You left home at 12?

4       INMATE YBARRA:  Uh-hmm.

5       PRESIDING COMMISSIONER ST. JULIEN:  Why did

6   you leave home so early?

7       INMATE YBARRA:  I don't really

8   (indiscernible).  I thought I'd (indiscernible).

9       PRESIDING COMMISSIONER ST. JULIEN:  At 12?

10       INMATE YBARRA:  Yeah.

11       PRESIDING COMMISSIONER ST. JULIEN:  Okay.

12   And you worked in the fields?

13       INMATE YBARRA:  (Indiscernible).

14       PRESIDING COMMISSIONER ST. JULIEN:  Like

15   produce?

16       INMATE YBARRA:  Yeah.

17       PRESIDING COMMISSIONER ST. JULIEN:  Okay.

18   And okay.  Then you came to work with your

19   brother.  What age do you think you were when

20   you started drinking?

21       INMATE YBARRA:  Around 19, 20, around there.

22       PRESIDING COMMISSIONER ST. JULIEN:  So not

23   before (indiscernible).  Okay.  Okay.  So you

24   don't have any disciplinary -- any 115s since

25   you've been in prison.  But you have

26   (indiscernible) and assaults.  So do you --

27       INMATE YBARRA:  (Indiscernible).

24

1    PRESIDING COMMISSIONER ST. JULIEN:  Yeah.

2    Do you think you're a violent person?

3    INMATE YBARRA:  No, because I learned how to

4    control it, and I don't have no problem now.

5    Well, like I said, I'm old and I hate liquor.  I

6    hate anything that I can remember put me in

7    here.  I hate it because it robbed me of my

8    life.

9    PRESIDING COMMISSIONER ST. JULIEN:  What

10   robbed you of your life?

11   INMATE YBARRA:  By getting in trouble, and

12   coming over here, and wasting all my life in

13   here.  And I look back and I think

14   (indiscernible).  But I (indiscernible) that

15   young guy, he's dead already, you know.  I'm

16   another person.

17   PRESIDING COMMISSIONER ST. JULIEN:  Okay.

18   So do you -- How do you feel about the murder?

19   INMATE YBARRA:  I feel remorse, and I pray

20   (indiscernible), and I pray, you know, for

21   forgiveness, and I also pray to God for help.  I

22   (indiscernible) for my nephew, my nieces,

23   friends that I have that are sick.

24   PRESIDING COMMISSIONER ST. JULIEN:  Okay.

25   And you've had two common-law wives, but no

26   children, is that correct?

27   INMATE YBARRA:  Right.

25

1      PRESIDING COMMISSIONER ST. JULIEN:  Okay.

2   So let's talk about your parole plans.  And you

3   have a letter from Crystaline Delgado, and she

4   is your great-niece.  Okay.  And she says they

5   call you Tio Pepe.

6      INMATE YBARRA:  (Indiscernible).

7      PRESIDING COMMISSIONER ST. JULIEN:  Okay.

8   And I guess Crystaline corresponds with you.  Do

9   you write letters?

10      INMATE YBARRA:  Yes.

11      PRESIDING COMMISSIONER ST. JULIEN:  Okay.

12   She says, "I never (indiscernible) to meet or

13   even to my uncle.  He makes an effort to stay in

14   his family's lives here in Texas."  So this part

15   of your family is in Texas.  Okay.  She says, "I

16   know my uncle has learned from his mistakes and

17   takes full responsibility.  Hopefully they'll

18   give him another chance to be an upstanding

19   citizen."  And she says, "If you see my Tio tell

20   him I send my love and wish him the best of

21   luck."  Okay.

22      INMATE YBARRA:  Thank you.

23      PRESIDING COMMISSIONER ST. JULIEN:  Okay.

24   And then we have another letter from Amy Cooper

25   -- I'm sorry, it's somebody else.  Frederick,

26   it's looks like Frederick Carty, C-A-R-T-Y, and

27   Amy Cooper.  And, let's see, how do you know

26

1    Fred?

2        **INMATE YBARRA:**  I met Fred in here.  He's a

3    good friend of mine.

4        **PRESIDING COMMISSIONER ST. JULIEN:**  Okay.

5    He says that:

6            "Jose Ybarra, helps society in more

7            ways than he's hurt it.  He took

8            time to speak about freedom and how

9            people who have it really should

10           embrace it for all it's worth."

11   Okay.  And here he goes:

12           "I was a prisoner in San Quentin,

13           and then I went to another prison.

14           And then I came back to San Quentin

15           where I served out the rest of my

16           term.  I was released in 2001,

17           never to return again.

18           (Indiscernible) of return parolees.

19           How did I do it?  Well, it was

20           through a guy taking his time in

21           talking to a guy like me.  Jose is

22           a good man and he saw fit in his

23           heart to tell me about his life and

24           how (indiscernible).  I believe it

25           has a lot to do with him that I

26           stayed out and never violated the

27           conditions of my parole.  Seeing

27

1          this man's worth; and I believe in

2          his case justice has been served.

3          (Indiscernible) about what really

4          would have happened if he didn't

5          take time to talk to me."

6    Okay.  So Fred is really crediting you with --

7        **INMATE YBARRA:**  (Indiscernible).

8        **ATTORNEY HANDLEMAN:**  The other thing about

9    the letters it's an offer of a place to stay.

10       **PRESIDING COMMISSIONER ST. JULIEN:**  Okay.

11    Okay.  Here we go, yeah.  It's at -- I'm sorry.

12        "He is 72 years of age, and has a

13        home in our house here in the

14        County of Marin.  And myself and my

15        fiancé will supply him with his

16        basic needs, food, clothing,

17        shelter and a hand at getting a

18        job.  I believe that the community

19        of Marin will be a better place if

20        you release Jose Ybarra as soon as

21        possible to allow him to live out

22        the rest of his life and freedom

23        now realized."

24    Okay.  And then here's his contact information

25    and all that.  And how old of a man is Fred?  Do

26    you know how old he is?

27        **INMATE YBARRA:**  He's around 40 something.