IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JOSE YBARRA, | ) | No. C 07-2802 MMC (PR) |
| Petitioner, | ) ) | **ORDER DENYING MOTION FOR APPOINTMENT OF COUNSEL** |
| v. | ) ) | |
| ROBERT AYERS, Warden, | ) | **(Docket No. 7)** |
| Respondent. | ) ) | |
| _____ | ) | |

On May 30, 2007, petitioner, a California prisoner proceeding pro se, filed the above-titled petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. On June 13, 2007, the Court ordered respondent to file an answer showing cause why the petition should not be granted based on petitioner's cognizable claims or, in the alternative, a motion to dismiss on procedural grounds. On October 11, 2007, respondent filed an answer to the petition. Petitioner has not filed a traverse. The Court now addresses petitioner's request for appointment of counsel.

The Sixth Amendment's right to counsel does not apply in habeas actions. Knaubert v. Goldsmith, 791 F.2d 722, 728 (9th Cir.), cert. denied, 479 U.S. 867 (1986). Pursuant to statute, however, a district court is authorized to appoint counsel to represent a habeas petitioner whenever "the court determines that the interests of justice so require and such person is financially unable to obtain representation." See 18 U.S.C. § 3006A(a)(2)(B).

Here, petitioner's claims have been adequately presented in the petition. Moreover, the Court anticipates that the exhibits lodged by respondent in support of the answer, which

exhibits include the transcript of petitioner's parole hearing and the excessive state habeas petitions filed by petitioner in the California Court of Appeal and California Supreme Court, will further illuminate the arguments in support of petitioner's claims.  Consequently, the interests of justice do not require appointment of counsel in the instant case at this time. Should the circumstances change materially at a later stage of the litigation, the Court will reconsider this decision sua sponte.  Accordingly, the request for appointment of counsel is hereby DENIED.

This order terminates Docket No. 7.

IT IS SO ORDERED.

DATED: January 11, 2008

_____
MAXINE M. CHESNEY
United States District Judge