IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JOSE YBARRA,

        Petitioner,

  v.

ROBERT AYERS, Warden,

        Respondent.
_____/

No. CV-07-2802  MMC (PR)

**JUDGMENT IN A CIVIL CASE**

    **( ) Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

    **(X) Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED**

    1. The petition for a writ of habeas corpus is hereby DENIED.

    2. A certificate of appealability is hereby DENIED.

Dated: October 13, 2010                        Richard W. Wieking, Clerk

                                                                                 By: Tracy Lucero
                                                                                  Deputy Clerk